2025R00509/MAH

**FILED**

**JUL -7 2025**

AT 8:30  12:46 P.M.
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Georgette Castner |
|---|---|---|
| v. | : | Crim. No. 25-435 |
| SANTIAGO ANDRES CAMARGO ROJAS, a/k/a "Santiago Camargo Ventura" | : | 8 U.S.C. §§ 1326(a) and (b)(1) |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On a date on or after August 12, 2024, and on or before June 17, 2025, in Somerset County, in the District of New Jersey, and elsewhere, the defendant,

**SANTIAGO ANDRES CAMARGO ROJAS,
a/k/a "Santiago Camargo Ventura,"**

an alien who had been deported and removed and had departed the United States while an order of deportation and removal was outstanding, and whose deportation was subsequent to a conviction for the commission of a felony, without the express consent of the United States Attorney General or the Secretary of Homeland Security to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about June 17, 2025, was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL

███████████
FOREPERSON

*Alina Habba*
ALINA HABBA
United States Attorney

CASE NUMBER: <u>25-CR-435</u> (GC)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**SANTIAGO ANDRES CAMARGO ROJAS,**
a/k/a "Santiago Camargo Ventura"

## INDICTMENT FOR

8 U.S.C. §§ 1326(a) and (b)(1)

**A True Bill,**

███████████████████████

Foreperson

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

MICHAEL A. HARDIN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2798