## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette Castner |
| | : | |
| v. | : | Crim. No. 25-435 |
| | : | |
| SANTIAGO ANDRES CAMARGO | : | **SCHEDULING ORDER** |
| ROJAS a/k/a "Santiago | : | |
| Camargo Ventura" | : | |

This matter having come before the Court for arraignment on July 29, 2025; and the United States being represented by Alina Habba, Acting United States Attorney for the District of New Jersey (by Michael A. Hardin, Assistant U.S. Attorney)[1]; Santiago Andres Camargo Rojas being represented by Laura C. Sayler, Esq., and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 29th day of July, 2025, ORDERED that:

1.     The Government shall provide discovery required by Federal Rule of Criminal Procedure 16(a)(1) and all exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before August 28, 2025.

---

[1] Mr. Camargo Rojas reserves the right to challenge the legality of Ms. Habba's installation as acting U.S. attorney by the pretrial motion deadline set forth in paragraph 4.

2.    The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before September 29, 2025.

3.    The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before September 29, 2025.

4.    The following shall be the schedule for pretrial motions:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before October 29, 2025.

b) The Government shall file any response to the Defendant's pretrial motions on or before November 12, 2025;

c) The Defendant shall file any reply on or before December 3, 2025;

d) Oral argument on pretrial motions shall be held on a date to be set; and

e) Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

HON. GEORGETTE CASTNER
United States District Judge